Same case below, 583 F.3d 1081.

No. 09-8483. Everett Michael Byers, Petitioner v. United States.

559 U.S. 958, 130 S. Ct. 1555, 176 L. Ed. 2d 144, 2010 U.S. LEXIS 1293.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 349 Fed. Appx. 840.

No. 09-8484. James Floyd Cleaver, Petitioner v. United States.

559 U.S. 958, 130 S. Ct. 1555, 176 L. Ed. 2d 144, 2010 U.S. LEXIS 1488.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 319 Fed. Appx. 728.

No. 09-8485. Michael Joseph Derrow, Petitioner v. United States.

559 U.S. 958, 130 S. Ct. 1555, 176 L. Ed. 2d 144, 2010 U.S. LEXIS 1371.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 349 Fed. Appx. 962.

No. 09-8490. Rex T. Harrison, Petitioner v. United States.

559 U.S. 958, 130 S. Ct. 1556, 176 L. Ed. 2d 144, 2010 U.S. LEXIS 1270.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 585 F.3d 1155.

No. 09-8491. Roberto Flores-Meraz, Petitioner v. United States.

559 U.S. 958, 130 S. Ct. 1556, 176 L. Ed. 2d 144, 2010 U.S. LEXIS 1356.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 345 Fed. Appx. 961.

No. 09-8492. Maurice J. Fagan, Petitioner v. United States.

559 U.S. 958, 130 S. Ct. 1556, 176 L. Ed. 2d 144, 2010 U.S. LEXIS 1175.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 577 F.3d 10.

No. 09-8494. Shannon Ray Fulbright, Petitioner v. United States.

559 U.S. 958, 130 S. Ct. 1556, 176 L. Ed. 2d 144, 2010 U.S. LEXIS 1427.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 348 Fed. Appx. 949.

No. 09-8495. Hector Hernandez-Ortiz, Petitioner v. United States.

559 U.S. 958, 130 S. Ct. 1556, 176 L. Ed. 2d 144, 2010 U.S. LEXIS 1399.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 348 Fed. Appx. 277.

No. 09-8498. Jorge Reyes, Petitioner v. United States.

559 U.S. 958, 130 S. Ct. 1556, 176 L. Ed. 2d 144, 2010 U.S. LEXIS 1198.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.